# Order

Michigan Supreme Court
Lansing, Michigan

March 25, 2015

149972 & (39)(40)(42)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

RICHARD K. CROWELL,
        Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS/
DIRECTOR,
        Defendant-Appellee.

SC: 149972
COA: 320851

_____/

      On order of the Court, the application for leave to appeal the August 7, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motions for peremptory reversal, summary disposition, and habeas corpus are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2015



Clerk

p0318